IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GUSTAVE BREDEMEYER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADMINASTAR FEDERAL, INC. )<br>(Medicare), MEMORIAL MEDICAL )<br>CENTER and ILLINOIS DEPARTMENT )<br>OF PUBLIC AID (Medicaid), )<br>)<br>Defendants. ) | Civil Action No. 05-3107 |

## NOTICE OF FILING

Please take notice that defendant United States hereby files a copy of the Notice and Petition for Removal that was sent to the Circuit Clerk of Sangamon County and was returned, file-stamped, by the Circuit Clerk. 28 U.S.C. § 1446(d).

        Respectfully submitted,
        JAN PAUL MILLER
        United States Attorney

        s/ James A. Lewis
By: _____
        James A. Lewis, NC Bar No. 5470
        Attorney for Defendant
        United States Attorney's Office
        318 South Sixth Street
        Springfield, IL  62701
        Telephone:  217/492-4450
        Fax:  217/492-4888
        email:  jim.lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that I mailed a copy of the foregoing to:

        Sangamon County Circuit Clerk
        7th Judicial Circuit
        P.O. Box 1299
        Springfield, IL 62705-1299

        Fred W. Nessler
        Attorney for Plaintiff
        536 N. Bruns Lane
        Suite One
        Springfield, IL  62702

        Memorial Medical Center
        701 N. First Street
        Springfield, IL  62781

        Illinois Medicaid
        P.O. Box 19129
        Springfield, IL  62794-9129

|  |  |
|---|---|
|     May 19, 2005 | s/ James A. Lewis |
| Date:_____ | _____ |
|  | James A. Lewis |