IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GUSTAVE BREDEMEYER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-3107 |
| ADMINASTAR FEDERAL, INC. (Medicare), MEMORIAL MEDICAL CENTER and ILLINOIS DEPARTMENT OF PUBLIC AID (Medicaid), | ) ) ) ) ) ) |
| Defendants. | ) |

## ANSWER, ON BEHALF OF MEDICARE

The United States on behalf of the United States Department of Health and Human Services (Medicare), answers the paragraphs of the Petition to Adjudicate Medical Liens as follows:

1. Admit that petitioner Gustave Bredemeyer was injured, and deny the remaining allegations due to lack of information and knowledge.

2-3. Admit.

4. Admit that petitioner entered into a settlement, and deny the remaining allegations due to lack of information and knowledge.

5. Admit there were medical expenses, and deny the remaining allegations due to lack of information and knowledge.

6. Deny, due to lack of information and knowledge.

7-9. Admit.

10. Deny, due to lack of information and knowledge.

11-13. Deny.

**Affirmative Defenses**

    1.    There has been accord, and the United States expects there will be satisfaction of that accord. See Gov. Ex. A (attached).

    2.    Petitioner fails to state a claim upon which relief may be granted.

WHEREFORE, the United States prays that this Court will dismiss this Petition, with prejudice, and with such further relief as may be necessary.

> Respectfully submitted,
> JAN PAUL MILLER
> United States Attorney
>
> By:   s/ James A. Lewis
> _____
> James A. Lewis, NC Bar No. 5470
> Attorney for Defendant
> United States Attorney's Office
> 318 South Sixth Street
> Springfield, IL  62701
> Telephone:  217/492-4450
> Fax:  217/492-4888
> email:  jim.lewis2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing to:

>Fred W. Nessler
>Attorney for Plaintiff
>536 N. Bruns Lane
>Suite One
>Springfield, IL  62702
>
>Memorial Medical Center
>701 N. First Street
>Springfield, IL  62781
>
>Illinois Medicaid
>P.O. Box 19129
>Springfield, IL  62794-9129

|  |  |
|---|---|
|    June 9, 2005<br>Date:_____ | s/ James A. Lewis<br>_____<br>James A. Lewis |