



**U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES**     Office of the General Counsel

Writer's Direct Dial: (312) 886-1694
Fax: (312) 886-1718
e-mail: fred.garzino@hhs.gov

Office of the Chief Counsel, Region V
233 North Michigan Avenue, Suite 700
Chicago, Illinois 60601-5502

Telephone: (312) 353-1640
Facsimile: (312) 886-1718

Our Ref:   OGC-V
           MSP 05/937

June 8, 2005

*Via Facsimile (217) 698-0203*
Fred W. Nessler
The Law Offices of Frederic W. Nessler
536 North Bruns Lane, Suite One
Springfield, IL  62702

    Re:    Gustave Bredemeyer
           HIC # 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A
           DOA: February 28, 2004

Dear Mr. Nessler:

    The responsible officials within the Centers for Medicare and Medicaid Services ("CMS") have reviewed your request for a compromise proposing that Medicare accept $6,833.00 as payment in full for Medicare's right to reimbursement of $15,824.02 in this matter.

    As a result of that review, CMS agrees to accept payment of $6,833.00 to resolve this matter. This acceptance is conditioned upon agreement by the beneficiary that he will waive any and all rights to further contest or appeal this matter in any forum in order to seek reductions of Medicare's right to reimbursement for the $24,901.83 gross conditional payment made by Medicare for Mr. Bredemeyer's medical expenses related to the February 28, 2004 event.

    Please remit the $6,833.00 as previously directed by CMS in its January 25, 2005 letter to you. The check should designate in the memo section that it is for Gustave Bredemeyer and list his HIC # (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a). Please also send a copy of the check to me so that I may use it to close this file. If you have any questions regarding this matter, please contact Fred R. Garzino at (312) 886-1694.

                          Sincerely,

                          Donna Morros Weinstein
                          Chief Counsel, Region V



GOVERNMENT EXHIBIT A

Page - 2 - Fred W. Nessler

By: *[signature]*
Fred R. Garzino
Assistant Regional Counsel

cc: James A. Lewis
    Assistant United States Attorney
    Central District of Illinois
    United States Attorney's Office