IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GUSTAVE BREDEMEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-3107 |
| ) | |
| ILLINOIS DEPARTMENT OF PUBLIC ) | |
| AID, MEMORIAL MEDICAL CENTER, ) | |
| And ADMINASTAR FEDERAL, INC. ) | |
| (Medicare), ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS PETITION TO ADJUDICATE MEDICAL LIENS**

**NOW COMES**, the Plaintiff, GUSTAVE BREDEMEYER, by his attorneys, the LAW OFFICES OF FREDERIC W. NESSLER, and moves this Honorable Court to Dismiss the Petition to Adjudicate Medical Liens filed in the above action asserted by Plaintiff, with prejudice.

All matters involving the lien(s) of Illinois Department of Public Aid, Memorial Medical Center and AdminaStar Federal, Inc. (Medicare) have been resolved.

**WHEREFORE,** Plaintiff prays this court dismiss Plaintiff's Motion to Adjudicate Medical Liens against all Defendants in the above action with prejudice.

Respectfully Submitted,

**GUSTAVE BREDEMEYER, Plaintiff**

By: s/Jack D. Davis
 _____
 Jack D. Davis, Bar No. 6274780
 **The Law Offices of Frederic W. Nessler**
 **536 N. Bruns Lane, Suite One**
 **Springfield, IL 62702**
 **(217) 698-0202**
 **(217) 698-0203 (fax)**

## PROOF OF SERVICE

I certify that I mailed a copy of the foregoing to:

Copy to:
John A. Kauerauf, Esq.
SORLING, NORTHRUP, HANNA, CULLEN & COCHRAN. LTD
Illinois Building, Suite 800
607 East Adams Street
Springfield, IL 62705

James A. Lewis
Assistant U.S. Attorney
UNITED STATES ATTORNEY'S OFFICE
318 South Sixth Street
Springfield, IL 62701

Kevin Thornton
ILLINOIS DEPARTMENT OF PUBLIC AID
Bureau of Collections-Technical Recovery
2200 Churchill Road, Building A
Springfield, IL 62702-3406

_____
Marilyn S. Gatschenberger, Paralegal


**Date:** June 27, 2005                                          s/Jack D. Davis
        _____                 _____



**The Law Offices of Frederic W. Nessler**
**536 N. Bruns Lane, Suite One**
**Springfield, IL 62702**
**217 698-0202**
**217 698-0203 (fax)**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| GUSTAVE BREDEMEYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-3107 |
| | ) | |
| ILLINOIS DEPARTMENT OF PUBLIC AID, MEMORIAL MEDICAL CENTER, And ADMINASTAR FEDERAL, INC. (Medicare), | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

The within matter having come before this court on the Plaintiff's Motion to Dismiss Petition to Adjudicate Medical Liens against all Defendants and the court being fully advised in the premises,

**IT IS THEREFORE ORDERED** that Plaintiff's Petition to Adjudicate Medical Liens be dismissed as to all Defendant, within the above cause of action, with prejudice.


**ENTERED:**_____                      _____
                                                                    **JUDGE**